# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 16-228 consolidated with 16-227


## STATE OF LOUISIANA, THE OFFICE OF THE GOVERNOR, DIVISION OF ADMINISTRATION, OFFICE OF RISK MANAGMENT

## VERSUS

## PATRICK RICHARD


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - District 04
PARISH OF ACADIA, NO. 14-06211 C/W 14-06189
ADAM C. JOHNSON, WORKERS' COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*

## SHANNON J. GREMILLION
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Shannon J. Gremillion and D. Kent Savoie, Judges.


### AFFIRMED IN PART, AS AMENDED, REVERSED IN PART.

**Michael B. Miller**
**Miller & Associates**
**P. O. Drawer 1630**
**Crowley, LA 70527-1630**
**(337) 785-9500**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Patrick Richard**

**Hon. Jeff Landry**
**Louisiana Attorney General**
**Sylvia M. Fordice**
**Assistant Attorney General**
**556 Jefferson St., 4th Floor**
**Lafayette, La 70501**
**(337) 262-1700**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
**STATE OF LOUISIANA, THE OFFICE OF THE GOVERNOR, DIVISION OF ADMINISTRATION, OFFICE OF RISK MANAGMENT**

**GREMILLION, Judge.**

For the reasons set forth in *Patrick Richard v. State of Louisiana,* 16-227 (La.App. 3 Cir. __/__/__), ___ So.3d ___, the judgment of the Workers' Compensation Judge is affirmed in part, as amended, and reversed in part.

**AFFIRMED IN PART, AS AMENDED, REVERSED IN PART.**